1 | KOJO HOWARD MOORE, SBN 236483
Moore & Moore
2 | P. O. Box 1645
Fresno, California, 93717
3 | Telephone: (559) 273-5847
Facsimile: (559) 441-0114
4 | Email: Kojomooreesq@gmail.com

5 | HOWARD MOORE, JR., SBN 55228
Moore & Moore
6 | 1563 Solano Avenue, # 204
Berkeley, California 94707-2116
7 | Telephone: (510) 542-7172
Facsimile: (510) 528-3024
8 | Email: moorlaw@aol.com

9 | Attorneys for Plaintiff, LAWRENCE YOUNG

FILED
AUG 03 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA/FRESNO DIVISION

| | | |
|---|---|---|
| LAWRENCE YOUNG, | ) | Case No. 1:11-cv-00590-OWW-GSA |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND (Proposed) |
| vs. | ) | ORDER TO CONTINUE HEARING |
| | ) | ON DEFENDANTS' MOTION TO |
| REEDLEY COMMUNITY COLLEGE; | ) | DISMISS PLAINTIFF'S FIRST |
| POLICE OFFICER F. URBA; and | ) | AMENDED COMPLAINT |
| STATE CENTER COMMUNITY | ) | |
| COLLEGE DISTRICT; | ) | Date: August 8, 2011 |
| DISTRICT; | ) | Time: 10:00 a.m. |
| | ) | Ctrm: 3 |
| Defendants. | ) | |
| | ) | |

Due to the intervening holiday subsequent to the filing of Defendants' Motion to Dismiss Plaintiff's First Amended Complaint, planned vacations, press of other matters, and the complexity of the issues, the parties to the above-entitled civil action, through and by their undersigned counsel of record, hereby stipulate and agree to entry of an order continuing the

---
Stipulation & (Proposed) Order Continuing Hearing on Defendants' Motion to Dismiss First Amended Complaint
Lawrence Young v. Reedley Community College, et al   Case No. 1:11-cv-00590-OWW-GSA

1 hearing on the pending Motion to Dismiss Plaintiff's First Amended Complaint from August 8, 2011, through and to include September 19, 2011. Plaintiff's opposition shall be due to be filed on or before August 22, 2011, and Defendants' reply, if any, shall be due to be filed on or before September 2, 2011.

There have been no previous continuances of this matter requested or granted.

Dated: July 25, 2011            MOORE & MOORE
                                Attorneys for Plaintiff Lawrence Young


                                By: /s/ Howard Moore, Jr.
                                HOWARD MOORE, JR.


Dated: July 25, 2011            MARDEROSIAN, RUNYON, CERCONE & LEHMAN
                                Attorneys for Defendants Reedley Community College,
                                Police Officer F. Urba aka Felipe Uribe, & State Center
                                Community College District



                                By: /s/ Sue Ann Cercone
                                SUE ANN CERCONE


ORDER


PURSUANT TO STIPULATION: IT IS SO ORDERED.

Dated: ~~July~~ August 2, 2011


_____
United States District Judge

---

Stipulation & (Proposed) Order Continuing Hearing on Defendants' Motion to Dismiss First Amended Complaint
Lawrence Young v. Reedley Community College, et al    Case No. 1:11-cv-00590-OWW-GSA

2