1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAWRENCE YOUNG, | ) | 1:11–cv-590 — GSA |
| | ) | |
| Plaintiff, | ) | ORDER TO SHOW CAUSE |
| | ) | |
| v. | ) | |
| | ) | |
| REEDLEY COMMUNITY COLLEGE; F. URBA; AND STATE CENTER COLLEGE DISTRICT, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On September 7, 2011, this Court issued an Order of Reassignment due to the retirement of Senior United States District Court Judge Oliver W. Wanger. The Order withdrew Judge Wanger's assignment to the action and ordered the parties to affirmatively indicate whether they would consent or decline to the jurisdiction of the assigned United States Magistrate Judge. The parties were ordered to complete and file a Consent/Decline form within thirty (30) days. Over thirty (30) days have passed and Plaintiff has not filed a form subsequent to this court's order.[1]

Accordingly, Plaintiff, Lawrence Young, is ORDERED TO SHOW CAUSE, if any he has, why sanctions should not be imposed for failing to comply with the Court's September 7,

---

[1]  The Court notes that Plaintiff did file a consent form declining Magistrate Judge jurisdiction on May 28, 2011.  However, Plaintiff was ordered to file a second form upon the retirement of Oliver W. Wanger. (Doc. 9).

1  2011, Order.  Plaintiff SHALL file a written response to this Order to Show Cause within ten (10)

2  days of the date of service of this Order.  Alternatively, Plaintiff may comply with this Order to

3  Show Cause by filing the required Consent/Decline form within ten (10) days of the date of

4  service of this Order.

5

6       IT IS SO ORDERED.

7  **Dated:**   **October 26, 2011**                  _____**/s/ Gary S. Austin**_____
                                                    UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28