Michael G. Marderosian, No. 77296
Sue Ann Cercone, No. 143122
MARDEROSIAN, RUNYON, CERCONE & COHEN
1260 Fulton Mall
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170
Email: mick@mrcl-law.com
Email: scercone@mrcl-law.com

Attorneys for: Defendant, POLICE OFFICER FELIPE URIBE (erroneously sued herein as F. URBA)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT / FRESNO DIVISION

| | |
|---|---|
| LAWRENCE YOUNG,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>REEDLEY COMMUNITY COLLEGE;<br>POLICE OFFICER F. URBA aka<br>FELIPE URIBE; & STATE CENTER<br>COMMUNITY COLLEGE DISTRICT;<br><br>　　　　Defendants. | Case No. 1:11-CV-00590-OWW-GSA<br><br>**STIPULATED PROTECTIVE ORDER** |

IT IS HEREBY STIPULATED by and between the parties hereto by and through their respective counsel:

1.  Defendant, an officer for State Center Community College District Police Department, as a part of his Rule 26 disclosure intends to produce a copy of the police department policy manual.

2.  Due to the confidential nature of this information, the parties have agreed that production of said manual will be pursuant to a protective order as set forth below.

3.  None of the information provided to plaintiff's counsel shall be made public. Counsel for plaintiff and counsel's employees and agents are hereby instructed that the information provided is confidential.

4.  Plaintiff's counsel and counsel's employees and agents are further instructed not to

1  disseminate the disclosed information to anyone that is not an authorized employee or agent.

2  Furthermore, said counsel and counsel's employees and agents are advised that the disclosed

3  information is to be used only in conjunction with the lawsuit which gives rise to this stipulation.

4      5.    Plaintiff's counsel is admonished to instruct all his employees and agents,

5  including, but not limited to, experts of the above limitations and restrictions.  Upon conclusion of

6  the above-captioned litigation, the information provided shall be destroyed so as not to make it

7  available to the public or anyone outside the present litigation.

8  Dated: January 9, 2013.                            MARDEROSIAN, RUNYON,
                                                      CERCONE & COHEN
9

10
                                                     By:    /s/ Sue Ann Cercone
11                                                          Sue Ann Cercone,
                                                            Attorney for Defendant
12                                                          above-named.

13  Dated: January 9, 2013.                           MOORE & MOORE

14

15                                                   By:    /s/ Howard Moore, Jr.
                                                            Howard Moore, Jr.
16                                                          Attorney for Plaintiff
                                                            above-named.
17

18                                               **ORDER**

19      Upon production by defendant of the State Center Community College District Police

20  Department Policy Manual, the court orders as follows:

21      1.    Due to the confidential nature of this information, said production of the manual

22  will be pursuant to the protective order set forth below.

23      2.    None of the information provided to plaintiff's counsel shall be made public.

24  Counsel for plaintiff and counsel's employees and agents are hereby ordered that the information

25  provided is confidential.

26      3.    Plaintiff's counsel and counsel's employees and agents are further ordered not to

27  disseminate the disclosed information to anyone that is not an authorized employee or agent.

28  Furthermore, said counsel and counsel's employees and agents are ordered that the disclosed

information is to be used only in conjunction with the lawsuit which gives rise to this stipulation.

      4.      Plaintiff's counsel is ordered to instruct all his employees and agents, including, but not limited to, experts of the above limitations and restrictions.  Upon conclusion of the above-captioned litigation, the information provided shall be destroyed so as not to make it available to the public or anyone outside the present litigation.

      5.      The parties are advised that any violation of this protective order may result in the imposition of sanctions.  If any of the confidential materials are submitted to the Court for any reason, they must be submitted pursuant to the procedures outlined in Local Rule 141.

IT IS SO ORDERED.

**Dated:**     **January 15, 2013**            /s/ **Gary S. Austin**
                                                               UNITED STATES MAGISTRATE JUDGE