Michael G. Marderosian, No. 77296
Sue Ann Cercone, No. 143122
MARDEROSIAN, RUNYON, CERCONE & COHEN
1260 Fulton Mall
Fresno, CA 93721
Telephone:   (559) 441-7991
Facsimile: (559) 441-8170
Email:   mick@mrcl-law.com
Email:   scercone@mrcl-law.com

Attorneys for: Defendant, POLICE OFFICER FELIPE URIBE (erroneously sued herein as F. URBA)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT / FRESNO DIVISION

| | |
|---|---|
| LAWRENCE YOUNG,<br><br>           Plaintiff,<br><br>vs.<br><br>REEDLEY COMMUNITY COLLEGE; POLICE OFFICER F. URBA aka FELIPE URIBE; & STATE CENTER COMMUNITY COLLEGE DISTRICT;<br><br>           Defendants. | Case No.   1:11-CV-00590 - GSA<br><br>**STIPULATION AND ORDER MODIFYING SCHEDULING CONFERENCE ORDER**<br><br><br>*Trial: September 24, 2013* |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that the September 24, 2013, trial date be continued and that all other related scheduling matters be reset to coordinate with the new trial date.

Plaintiff, Lawrence Young, is currently in the military and stationed out of the area. This has impacted the parties' ability to complete discovery within the original dates provided by the court in its Scheduling Conference Order.   For example, while plaintiff's counsel was amenable to the requested independent medical examination request of defendants, such examination could not be scheduled due to plaintiff's unavailability.

Specifically, although plaintiff was in the Fresno area during the Christmas holidays, defendants were unable to schedule an examination date with the orthopedist.   Counsel for both parties have conferred, and it is believed, an independent medical evaluation can be scheduled within the next four months. Plaintiff's attorney has indicated his client will be available for trial in Mid-January 2014.   Defendants are agreeable to this continuation.

Therefore, the parties request that the trial be continued to Mid-January 2014, or such other date as is available on the court's calendar.   The parties further agree that all related scheduling matters be reschedule in accordance with the new trial date.

Dated: January 18, 2013.                MARDEROSIAN, RUNYON, CERCONE & COHEN

By:_____/s/ Sue Ann Cercone_____
         Sue Ann Cercone,
         Attorney for Defendants above-named.

Dated: January 18, 2013.                MOORE & MOORE

By_____/s/ Howard Moore, Jr._____
         Howard Moore, Jr.
         Attorney for Plaintiff above-named

## **ORDER**

Good cause appearing, the parties' Stipulation is approved and accepted, and IT IS HEREBY ORDERED that the scheduling order be modified as follows:

| Deadline/Hearing | Current Date | New Date |
|---|---|---|
| Non-Expert Discovery Cutoff | February 28, 2013 | June 27, 2013 |
| Disclosure of Expert Witnesses | January 29, 2013 | May 28, 2013 |
| Disclosure of Rebuttal Expert Witnesses | February 22, 2013 | June 21, 2013 |
| Expert Discovery Cutoff | March 29, 2013 | July 26, 2013 |
| Non-Dispositive Motion Filing Deadline | April 19, 2013 | August 16, 2013 |
| Dispositive Motion Filing Deadline | May 13, 2013 | September 9, 2013 |
| Settlement Conference | -0- | November 22, 2013 @ 1:30 p.m. Courtroom 6 (MJS) |
| Pre-Trial Conference | August 2, 2013 @ 11:00 a.m. Courtroom 10 | November 29, 2013 @ 11:00 a.m. Courtroom 6 (MJS) |
| Trial | September 24, 2013 @ 9:00 a.m. Courtroom 10 | January 21, 2014 @ 9:00 a.m. Courtroom 6 (MJS) |

IT IS SO ORDERED.

Dated:   January 28, 2013                    /s/ *Michael J. Seng*
                                             UNITED STATES MAGISTRATE JUDGE

MARDEROSIAN,
RUNYON, CERCONE
& COHEN
1260 Fulton Mall
Fresno, CA 93721

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MARDEROSIAN,
RUNYON, CERCONE
& COHEN
1260 Fulton Mall
Fresno, CA 93721