Michael G. Marderosian, No. 77296
Sue Ann Cercone, No. 143122
MARDEROSIAN, RUNYON, CERCONE & COHEN
1260 Fulton Mall
Fresno, CA 93721
Telephone:   (559) 441-7991
Facsimile: (559) 441-8170
Email:   mick@mrcl-law.com
Email:   scercone@mrcl-law.com

Attorneys for: Defendant, POLICE OFFICER FELIPE URIBE (erroneously sued herein as F. URBA)

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT / FRESNO DIVISION

| | |
|---|---|
| LAWRENCE YOUNG, <br><br>  Plaintiff, <br><br> vs. <br><br> REEDLEY COMMUNITY COLLEGE; POLICE OFFICER F. URBA aka FELIPE URIBE; & STATE CENTER COMMUNITY COLLEGE DISTRICT; <br><br>  Defendants. | Case No.   1:11-CV-00590-MJS <br><br> **STIPULATION FOR PHYSICAL EXAMINATION OF PLAINTIFF LAWRENCE YOUNG AND STIPULATON TO EXTEND EXPERT WITNESS DISCLOSURE; ORDER** <br><br> *Trial Date    :    January 21, 2014* |

COMES NOW, defendant, POLICE OFFICER FELIPE URIBE, and plaintiff, LAWRENCE YOUNG, and stipulate as follows:

1.   Plaintiff, LAWRENCE YOUNG, has been stationed out of the state in the military and has been unable to submit to an independent medical examination as requested by defendants.  Plaintiff has recently returned to Fresno and is now available for such an examination.  Given the current expert disclosure deadlines, defendant's expert would be unable to complete the examination and issue a report within th current expert disclosure date of May 28, 2013.  Accordingly, the parties have stipulated to the following:

2.   Plaintiff, LAWRENCE YOUNG, will submit to a general orthopedic physical

examination to be conducted by DONALD R. HUENE, M.D., located at 201 N. Valeria, in Fresno, California at 9:00 a.m. on June 18, 2013.  Such examination shall include a comprehensive physical examination and any and other tests which are ordinarily deemed a part of a general physical examination.  This examination is relevant to plaintiff's orthopedic claim.

3. At the time of said examination, plaintiff shall answer all proper questions and injuries submitted to him by the examiner, including occupational history and prior injuries and diseases for the purpose of making a proper diagnosis of the plaintiff's condition.

IT IS FURTHER STIPULATED by and between the parties hereto, that due to the fact that plaintiff has just returned from a military posting and is just now available for an examination, the following deadlines be continued as follows:

1. Expert witness Disclosure from May 28, 2013 to July 18, 2013;

2. Supplement expert witness disclosure from June 21, 2013 to July 5, 2013;

3. Expert discovery cutoff from July 26, 2013 to August 23, 2013.

Dated: May 14, 2013.                MOORE & MOORE

By    /s/ Howard Moore, Jr.
        HOWARD MOORE, JR.
        Attorneys for Plaintiff, LAWRENCE YOUNG

Dated: May 14, 2013.                MARDEROSIAN, RUNYON, CERCONE & COHEN

By:    /s/ Sue Ann Cercone
        SUE ANN CERCONE
        Attorney for Defendants above-named.

**ORDER**

Good cause appearing, the above Stipulation of the parties in Case No. 1:11-CV-00590-MJS is accepted and IT IS ORDERED that:

1. Plaintiff, LAWRENCE YOUNG, submit to a general physical examination to be conducted by Donald R. Huene, M.D., at the doctor's office located at 201 N. Valeria, in Fresno, California at 9:00 a.m. on June 18, 2013. This examination is relevant to plaintiff's injury claims.

2. At the time of said examination, plaintiff shall answer all proper questions and inquiries submitted to him by the examiner, including questions about his occupational history and prior injuries and diseases, for the purpose of making a proper diagnosis of the plaintiff's condition.

It is further ordered that the deadlines set forth in this matter be continued as follows:

1. Expert witness Disclosure from May 28, 2013 to July 18, 2013;

2. Supplement expert witness disclosure from June 21, 2013 to July 5, 2013;

3. Expert discovery cutoff from July 26, 2013 to August 23, 2013.

IT IS SO ORDERED.

Dated:   May 15, 2013                    /s/ *Michael J. Seng*
                                         UNITED STATES MAGISTRATE JUDGE

MARDEROSIAN, RUNYON, CERCONE & COHEN
1260 Fulton Mall
Fresno, CA 93721

3