Michael G. Marderosian, No. 77296
Sue Ann Cercone, No. 143122
MARDEROSIAN, RUNYON, CERCONE & COHEN
1260 Fulton Mall
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170
Email: mick@mrcl-law.com
Email: scercone@mrcl-law.com

Attorneys for: Defendant, POLICE OFFICER FELIPE URIBE (erroneously sued herein as F. URBA)

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT / FRESNO DIVISION

| | |
|---|---|
| LAWRENCE YOUNG, | Case No. 1:11-CV-00590-MJS |
| Plaintiff, | **STIPULATION TO EXTEND EXPERT WITNESS DISCLOSURE; ORDER** |
| vs. | |
| REEDLEY COMMUNITY COLLEGE; POLICE OFFICER F. URBA aka FELIPE URIBE; & STATE CENTER COMMUNITY COLLEGE DISTRICT; | *Trial Date   :   January 21, 2014* |
| Defendants. | |

COME NOW, defendant, POLICE OFFICER FELIPE URIBE, and plaintiff, LAWRENCE YOUNG, and stipulate as follows:

1.  The parties herein have scheduled a mediation in this matter to take place on October 23, 2013, with Retired Judge Howard R. Broadman  This was the earliest date which Retired Judge Howard R. Broadman had available for the mediation.  The parties agreed, in light of the upcoming mediation, to delay the disclosure of expert witnesses until after the mediation has occurred.  To that end, the parties stipulate that the following deadlines be continued as follows:

    1.  Expert witness Disclosure from July 18, 2013 to October 28, 2013;

    2.  Supplemental expert witness disclosure from August 5, 2013 to November 12, 2013;

/

//

3.    Expert discovery cutoff from August 23, 2013, to November 21, 2013.

Dated: July 16, 2013.                    MOORE & MOORE

By  */s/ Howard Moore, Jr.*
HOWARD MOORE, JR.
Attorneys for Plaintiff, LAWRENCE YOUNG

Dated: July 16, 2013..              MARDEROSIAN, RUNYON,
CERCONE & COHEN

By:  */s/ Sue Ann Cercone*
SUE ANN CERCONE
Attorney for Defendants
above-named.

## **ORDER**

IT IS ORDERED that the expert disclosure deadlines set forth in this matter be continued as follows:

1.    Expert witness Disclosure from July 18, 2013 to October 28, 2013;

2.    Supplemental expert witness disclosure from August 5, 2013 to November 12, 2013;

3.    Expert discovery cutoff from August 23, 2013, to November 21, 2013.

IT IS SO ORDERED.

Dated:    July 18, 2013
/s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE