UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE YOUNG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REEDLY COMMUNITY COLLEGE;<br>POLICE OFFICER F. URBA aka<br>FELIPE URIBE; & STATE CENTER<br>COMMUNITY COLLEGE DISTRICT;<br><br>　　　　Defendant. | No. 1:11-CV-00590-MJS<br><br>**ORDER RE: DISPOSITIVE DOCUMENTS AFTER NOTICE OF SETTLEMENT**<br><br>**DISPOSITIVE DOCUMENTS SHALL BE FILED WITHIN 60 DAYS .**<br><br>**(ECF. 47)** |

　　　　On October 28, 2013, Plaintiff, Lawrence Young, notified the Court that the parties in the above captioned matter had agreed to settle the case in its entirety.

　　　　In accordance with the provisions of Local Rule 160 (Fed. R. Civ. P. 16), the Court accordingly orders that all dispositive documents be submitted no later than sixty (60) days from the date of this Order.

　　　　Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order.

///

///

///

1

ALL COURT DATES HERETOFORE SET IN THIS MATTER ARE HEREBY VACATED.

IT IS SO ORDERED.

Dated:   October 30, 2013            /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE