Sue Ann Cercone, No. 133523
MARDEROSIAN, RUNYON, CERCONE & COHEN
1260 Fulton Mall
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Attorneys for: Defendant, POLICE OFFICER FELIPE URIBE (erroneously sued herein as F. URBA)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA / FRESNO DIVISION

| | |
|---|---|
| LAWRENCE YOUNG,<br><br>             Plaintiff,<br><br>     vs.<br><br>REEDLEY COMMUNITY COLLEGE; et al.,<br><br>             Defendants. | Case No. 1:11-CV-00590-MJS<br><br>**STIPULATED DISMISSAL AND ORDER** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, through their respective counsel, that defendant, REEDLEY COMMUNITY COLLEGE; POLICE OFFICER FELIPE URIBE (erroneously sued herein as FELIPE URBA), and STATE CENTER COMMUNITY COLLEGE DISTRICT be dismissed with prejudice in this case.

DATED: January 6, 2014.                    MARDEROSIAN, RUNYON, CERCONE
                                                                      & COHEN


                                                           By    /s/ Sue Ann Cercone
                                                                SUE ANN CERCONE
                                                                Attorneys for Defendant above-named

1

Dated:  January 6, 2014.                              MOORE & MOORE


                                                     By    /s/ Howard Moore, Jr.,
                                                          HOWARD MOORE, JR.
                                                          Attorneys for Plaintiff above-named


**ORDER**

   The stipulation of the parties having been read and considered by the Court, and good cause appearing therefor:

   **IT IS HEREBY ORDERED** that the above entitled action be dismissed with prejudice.


IT IS SO ORDERED.

   Dated:   January 7, 2014                       /s/ *Michael J. Seng*
                                                  UNITED STATES MAGISTRATE JUDGE

2